IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| DONALD KEITH DENNIS, PRO SE, <br> TDCJ-CID No. 1093314, <br><br> Plaintiff, <br><br> v. <br><br> BARRY L. MARTIN, ET AL., <br> Defendants. | § § § § § § § § § § | 2:15-CV-0330 |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Lt. NFN BROOM and Sgt. NFN LONG filed a Motion to Dismiss for Failure to State a Claim, and a supplement to their motion, in the above-referenced and numbered cause.

On March 8, 2017, the Magistrate Judge issued a Report and Recommendation recommending Defendants BROOM and LONG's Motion to Dismiss for Failure to State a Claim be Granted in Part and Denied in Part.

Neither party has filed objections to the Report and Recommendation.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge. The Motion to Dismiss for Failure to State a Claim is Granted in Part and Denied in Part as discussed in the Report and Recommendation. The Court also determines that Plaintiff's Motion to Reply is MOOT and is DENIED.

This terminates docket entry nos. 31, 36, and 40.

It is SO ORDERED.

Signed this the _____ 27th _____ day of March, 2017.

_____
MARY LOU ROBINSON
United States District Judge