IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DONALD KEITH DENNIS, PRO SE<br>TDCJ-CID No. 1093314,<br><br>Plaintiff,<br><br>v.<br><br>BARRY L. MARTIN, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § | 2:15-CV-330-D |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the June 22, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's July 23, 2018 objections, the court concludes that the magistrate judge's findings and conclusions are correct. Accordingly, the objections are overruled, the recommendation of the magistrate judge is adopted, and summary judgment is granted as to defendants Jaron Broom ("Broom") and Ramon Long ("Long"). Summary judgment is denied as to defendant David Dwight. Plaintiff's actions against defendants Broom and Long are dismissed with prejudice by Fed. R. Civ. P. 54(b) final judgment entered today.

Plaintiff's July 23, 2018 application for leave to proceed *in forma pauperis* is denied because he is attempting to appeal from the June 22, 2018 findings, conclusions, and recommendation of the

magistrate judge, not a final, appealable judgment or order.

**SO ORDERED**.

July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE