IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| DONALD KEITH DENNIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:15-CV-330-Z-BR |
| | § | |
| DAVID DWIGHT, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION TO DISMISS THE COMPLAINT**

On December 10, 2021, the United States Magistrate Judge entered findings and conclusions in this case (ECF No. 181). The Magistrate Judge RECOMMENDED that Defendants' Joint Motion for Summary Judgment be GRANTED and Plaintiff's Complaint be DISMISSED WITH PREJUDICE. Plaintiff filed no objections to the findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

Accordingly, the Court **ADOPTS** the findings, conclusions, and recommendation of the Magistrate Judge and **GRANTS** Defendants' Motion for Summary Judgment (ECF No. 178). Plaintiff's Complaint (ECF No. 3) is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

January 28, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE